February 23, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

GABRIEL VASQUEZ, Appellant

NO. 14-11-00813-CV                    V.

AT&T ADVERTISING, L.P. D/B/A AT&T YELLOW PAGES, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on August 9, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by GABRIEL VASQUEZ.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.